**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:23-CV-62007-AUGUSTIN-BIRCH**


**DENISE PAYNE,**

      **Plaintiff,**

**v.**

**LOS MICHOACANOS LLC,**

      **Defendant.**

_____/

### ORDER CLOSING CASE ON STIPULATION OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the parties' Joint Stipulation of Final Dismissal With Prejudice.  DE 46.  The stipulation is self-executing, and no further order of the Court is required to dismiss this case.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Given that the case has been dismissed, the case is **closed**.  All deadlines are **terminated**, all hearings are **canceled**, and all pending motions are **denied as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30th day of May, 2024.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE